IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PETER MICHAEL ANDERSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil Action No. 1:06-CV-664LG-RHW** |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | **DEFENDANT** |

### ORDER REMANDING CASE TO THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI

On September 19, 2006, a hearing was conducted on the Plaintiffs' Motion to Remand, wherein the Court heard from the parties and considered additional evidence. After consideration of the pleadings on file, arguments of counsel and for the reasons stated more fully in the record, the Court finds that the Motion to Remand is well-taken and should be granted and the above captioned cause should be remanded. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand [5-1] the above styled and numbered cause, filed July 26, 2006, should be, and is, hereby **GRANTED.** Plaintiff's Motion for costs and attorneys fees incurred as a result of Defendant's Notice of Removal should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above captioned cause is hereby remanded to the Chancery Court of Jackson County.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant's Motion for severance of the counter-claim [10-1] filed August 18, 2006, should be, and is, hereby **DENIED.**

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE